AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

A First-Class Express mail package, EH024312643US, & its contents, postmarked from Canovanas, PR 00729, and further described below.

**SEARCH WARRANT**

CASE NUMBER: 1:08MJ90M

TO: Any Authorized United States Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by John Kehoe who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
A First-Class Express mail package, EH024312643US, & its contents, postmarked from Canovanas, PR 00729, bearing the date June 3, 2008 addressed to Marangelis Ocasio, 473 A Maxfield Street, New Bedford, MA.

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before June 14, 2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in ~~the daytime - 6:00 A.M. to 10:00 P.M.~~) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN
as required by law.
U.S. Judge or Magistrate

6-04-08 on 2.27 pm at Providence, RI

Date and Time Issued City and State

DAVID L. MARTIN, UNITED STATES MAGISTRATE JUDGE [signature]

Name and Title of Judicial Officer Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/4/08 | 6/4/08 3:15 pm | Rick Collins |

INVENTORY MADE IN THE PRESENCE OF

Gene marchese, Stephen Souza

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing seized - contents were coffee

FILED
2008 JUN 17 A 9:58
U.S. DISTRICT COURT
DISTRICT OF RHODE ISL.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] David L Martin USMJ — 6-17-08

U.S. Judge or Magistrate — Date